JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MATIAS-MERINO,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. SACV13-01333 JLS (Ex)<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER, CASE NO. 30-2013-00664563** |

Having considered the stipulation between Plaintiff, VICTORIA MATIAS-MERINO and Defendant, TARGET CORPORATION, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, VICTORIA MATIAS-MERINO, as a result of the alleged incident and subsequent claim all described more fully in the Complaint: Victoria Matias-Merino v. Target Corporation, et al., State Case No. 30-2013-00664563 and Federal Case No. SACV13-01333 has incurred damages, if any, that do not, and will never be claimed to, exceed $75,000.00 and thus this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a) and this matter is remanded to the Orange County Superior Court, Central Justice Center.

1  IT IS HEREBY ORDERED that Defendant shall pay Court fees, if any,
2  associated with the remand, including copying costs of the Court's file to be
3  forwarded to the Orange County Superior Court, Central Justice Center.

6  Dated: December 04, 2013  _____
       Josephine L. Staton,
       U.S. District Judge

**ORDER REMANDING CASE TO**
**ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER**